IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| **Jermaine A. Pegram,** | : | |
| Plaintiff, | : | Civil Action 2:14-cv-01205 |
| v. | : | Judge Smith |
| **State of Ohio Child Support Division,** | : | Magistrate Judge Abel |
| Defendant. | : | |

## ORDER

Plaintiff Jermaine A. Pegram has failed to file proof of service of the summons and complaint on defendant the State of Ohio Child Support Division within 120 days after filing the complaint.  Plaintiff has failed to respond to the Court's January 22, 2015 Order to show cause why defendant should not be dismissed without prejudice pursuant to Rule 4(m), Fed. R. Civil. P. for failure to obtain service on it.

Accordingly, the Clerk of Court is **DIRECTED** to enter **JUDGMENT** dismissing this case, without prejudice, under Rule 4(m), Fed. R. Civil. P. for failure to obtain service on defendant.

 s/ George C. Smith
**GEORGE C. SMITH, JUDGE**
**UNITED STATES DISTRICT COURT**